UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| CARLOS GUTIERREZ,<br>　　　　Plaintiff<br><br>　　V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>　　　　Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE　　1:11-AT-00027 |

　　Having considered the application to proceed without prepayment of fees under 28 USC §1915;

　　IT IS ORDERED that the application is:

X　GRANTED.

　　X　The clerk is directed to file the complaint.

　　X　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

_____

ENTER this　__21st__　day of　__January__　,　__2011__　.

　　　　　　　　　　　　　　　　　　__/s/ Sandra M. Snyder__
　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

　　　　　　　　　　　　　　　　　__SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE__
　　　　　　　　　　　　　　　　　Name and Title of Judicial Officer