Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CARLOS GUTIERREZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUTIERREZ ) | Case No.: 1:11-cv-00105-DLB |
| Plaintiff, ) | |
| v. ) | STIPULATION TO EXTEND BRIEFING AND ORDER |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security. ) | |
| Defendant. ) | |

Plaintiff Carlos Gutierrez ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 7, 2011; and that Defendant shall have until November 11, 2011, to file his opposition, if any is forthcoming. Any reply by plaintiff will be due November 26, 2011.

An extension of time is needed because Counsel has two cases that are in the middle of being briefed and as well as a Ninth Circuit and fell behind.. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 7, 2011        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff CARLOS GUTIERREZ

DATED:        BENJAMIN WAGNER
United States Attorney


*/S/- Elizabeth Firer

_____
Elizabeth Firer
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED.

DATE: September 8, 2011        /s/ Dennis L. Beck
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE