IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUTIERREZ, ) | 1:11cv0105 DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| vs. ) | (Document 17) |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

On November 7, 2011, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response SHALL be filed on or before December 7, 2011.

IT IS SO ORDERED.

    Dated:   November 8, 2011            /s/ Dennis L. Beck
                                                              UNITED STATES MAGISTRATE JUDGE