BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CARLOS GUTIERREZ,         )<br>                                              )<br>    Plaintiff,                         )<br>                                              )<br>        v.                              )<br>                                              )<br>MICHAEL J. ASTRUE,         )<br>Acting Commissioner of      )<br>Social Security,                       )<br>                                              )<br>    Defendant.                      )<br>_____) | CIVIL NO. 1:11-cv-00105 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including January 6, 2012.  This extension is being sought based on additional unexpected work and an illness of the undersigned counsel for the Commissioner between the time the first extension was granted and December 7, 2011.  In the month of November, Counsel for the Commissioner had to travel to Pasadena to mentor a junior attorney during his first Ninth Circuit oral argument.  Because of the Ninth Circuit's usual practice of taking routine Social Security cases of the calendar, travel in this case was uncertain until the week before the argument.  Counsel also took over another oral argument for a colleague who had a family emergency.  Both of these matters took considerable time for preparation and

travel, which had not been accounted for at the time Counsel requested the first extension. Additionally, Counsel has missed work in the past week due to illness. Given this additional work and unexpected absences, the Commissioner respectfully requests 30additional days are necessary in order to complete the Commissioner's response to Plaintiff's Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 7, 2011
*/s/Lawrence D. Rohlfing*
LAWRENCE D. ROHLFING
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: December 7, 2011
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
 */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **December 7, 2011**                    **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE